

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY & CASUALTY COMPANY, | § | No. 08-12-00133-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 2 |
| FREDRICH 2 PARTNERS, LTD., | § | of Denton County, Texas |
| Appellee. | § | (TC# 2011-000914) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the summary judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and its sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF JULY, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.